**Order entered April 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01429-CV

### JIM SILLIMAN, Appellant

### V.

### LUXOR CONTRACTING, INC. D/B/A LUXOR STAFFING, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01795**

## ORDER

The Court has before it the request of Vielica Dobbins, official court reporter for the 134th Judical District Court, for an extension of time in which to file the reporter's record. The Court **GRANTS** the motion and **ORDERS** Ms. Dobbins to file the reporter's record by May 7, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE